WO

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America, | No. CR-16-1152-01-PHX-JZB |
| Plaintiff, | **DETENTION ORDER** |
| v. | |
| Nathmi Abuarar, | |
| Defendant. | |

On June 22, 2017, Defendant appeared before this Court on a Petition for Revocation of Probation. A detention hearing was held. The Court considered the information provided to the Court, and the arguments of counsel in determining whether Defendant should be released on conditions set by the Court.

The Court Finds that Defendant, having previously been convicted and placed on probation has failed to sustain his burden of proof by clear and convincing pursuant to Rule 32.1(a)(6), FED.R.CRIM.P., that he is not a danger to the community. *United States v. Loya*, 23 F.3d 1529 (9th Cir. 1994).

IT IS ORDERED that Defendant be detained pending further order of the Court.

Dated this 22nd day of June, 2017.

Honorable John Z. Boyle
United States Magistrate Judge